```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611012883
Cashier ID: bucklem
Transaction Date: 11/28/2007
Payer Name: law offices of jonathan kauf
ma
--------------------------------------
CIVIL FILING FEE
 For: avtar singh
 Case/Party: D-CAN-3-07-CV-006011-001
 Amount:      $350.00
--------------------------------------
CHECK
 Check/Money Order Num: 1569
 Amt Tendered: $350.00
--------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

jcs

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```