1    JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
     The Law Offices Of Jonathan M. Kaufman
2    220 Montgomery Street, Suite 976
     San Francisco, CA 94104
3    Telephone: (415) 956-4765
     Facsimile:  (415) 956-1664
4    E-Mail:      jonathan-kaufman@sbcglobal.net

5    Attorney for Plaintiffs

6

7                       UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9                          SAN FRANCISCO DIVISION

10

11   AVTAR SINGH, et al.,                    Case No. C 07-6011 PJH

12                                           CERTIFICATE OF SERVICE
              Plaintiffs,

13       vs.

14   ROSEMARY MELVILLE, et al.,

15            Defendants.
     _____/

16       I, JONATHAN  M. KAUFMAN, do hereby declare:

17       That on November 29, 2007 the November 28, 2007 order setting initial case management

18   conference, the Court's Standing Orders, the handbook entitled "Dispute Resolution Procedures in

19   the Northern District of California", plaintiffs' Declination To Proceed Before A Magistrate Judge

20   And Request For Reassignment To A United States District Judge, and all documents specified in

21   Civil Local Rule 4-2 were served on defendant by  placing copies in the U.S. Mail at San Francisco,

22   California in a sealed envelope, postage affixed, addressed to Civil Process Clerk, United States

23   Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

24

25

26

27

28                                  1

1        I declare under penalty of perjury that the foregoing is true and correct and that this was

2    executed on December 5, 2007 at San Francisco, California.

3     

4                                                            JONATHAN M. KAUFMAN

2