1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AVTAR SINGH, et al.,                          Case No. C 07-6011 PJH

                                                      CERTIFICATE OF SERVICE

    Plaintiffs,

  vs.

ROSEMARY MELVILLE, et al.,

    Defendants.
_____/

    I, JONATHAN M. KAUFMAN, do hereby declare:

    That on December 5, 2007 the December 4, 2007 order setting case management conference and the Court's Standing Orders were served on defendant by placing copies in the U.S. Mail at San Francisco, California in a sealed envelope, postage affixed, addressed to Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1  I declare under penalty of perjury that the foregoing is true and correct and that this was
2  executed on December 5, 2007 at San Francisco, California.

_____
JONATHAN M. KAUFMAN