```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVTAR SINGH,<br>HARVINDER SIGNH,<br>GURJEET KAUR<br><br>    Plaintiffs,<br><br>    v.<br><br>EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services;<br><br>    Defendants. | No. C 07-6011 PJH<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE**<br><br>Date: March 12, 2008<br>Time: 9:00 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on March 12, 2008, at 9:00 a.m., or as soon thereafter as the parties may be heard, the government will bring for hearing a motion to dismiss the plaintiff's action for improper venue pursuant to Federal Rules of Civil Procedure 12(b)(3). The hearing will take place before the Honorable Phyllis J. Hamilton, in Courtroom 3, Seventeenth Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

This Motion is based on the Memorandum of Points and Authorities, the Declaration of Larry Crider, all pleadings, papers and files in this action, and such oral argument as may be presented at the hearing on the motion.

MOTION TO DISMISS
C 07-6011 PJH

**MOTION TO DISMISS**

The defendants respectfully ask this Court to dismiss this action for improper venue under Fed. R. Civ. P. 12(b)(3).

The plaintiffs are citizens of India who have filed applications for immigration benefits with the United States Citizenship and Immigration Services (USCIS). They seek an order directing USCIS to adjudicate their applications and a motion to reconsider one of the plaintiffs has filed with USCIS.

The plaintiffs' applications are pending in a USCIS office in Fresno, California, which is in USCIS District 22, based in Sacramento, California. Declaration of Larry Crider ¶ 5; Complaint at Exhibits D- H. USCIS District 21, which is based in San Francisco and for whom defendant Rosemary Melville is the District Director, has no jurisdiction over the plaintiffs' applications. Crider Declaration ¶ 6. This is because USCIS District 21 only has jurisdiction over the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, Sonoma, and Trinity. Crider Declaration ¶ 4.

Any reliance on by plaintiff on 8 C.F.R. § 100.4(b)(13) would be misplaced because that regulation was promulgated prior to the creation of the United States Citizenship and Immigration Services in 2003 and, in fact, makes no reference to USCIS at all. Crider Declaration ¶ 7.

Because the plaintiffs' applications are pending in Fresno, California, within USCIS District 22 based in Sacramento, California, venue would be proper, if at all, in the Eastern District of California. Accordingly, the defendants respectfully ask this Court to dismiss this action under Fed. R. Civ. P. 12(b)(3).

Dated: January 29, 2008    JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney

MOTION TO DISMISS
C 07-6011 PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION TO DISMISS
C 07-6011 PJH