| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6915 |
| 6 | FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AVTAR SINGH,<br>HARVINDER SIGNH,<br>GURJEET KAUR | ) ) ) ) | No. C 07-6011 PJH |
| Plaintiffs, | ) ) ) | **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |
| v. | ) ) | Date:   March 6, 2008 |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; | ) ) ) | Time:   2:30 p.m. |
| Defendants. | ) ) | |

The plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, currently scheduled for March 6, 2008, until sometime after the Court rules on the defendants' motion to dismiss, which is currently scheduled for a hearing on March 12, 2008, based on the following:

(1)   The plaintiffs filed this action on November 28, 2007, seeking an order directing the United States Citizenship and Immigration Services (USCIS) to adjudicate their immigration applications and a motion to reconsider that one of the plaintiffs has filed with USCIS.

(2)   The defendants have filed a motion to dismiss the action and a hearing is scheduled for March 12, 2008.

STIPULATION TO EXTEND DATE OF CMC
C 07-6011 PJH

1  (3) In the interest of judicial economy, the parties respectfully ask this Court to continue the
2  date of the case management conference (if the case is not dismissed), currently scheduled for
3  March 6, 2008, until sometime after the Court rules on the defendants' motion to dismiss.

5  Dated: February 19, 2008                    JOSEPH P. RUSSONIELLO
                                                United States Attorney

7                                               /s/
                                                EDWARD A. OLSEN
8                                               Assistant United States Attorney

10 Dated: February 19, 2008                    /s/
                                                JONATHAN KAUFMAN
11                                              Attorney for Plaintiffs

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued from March 6, 2008, to __April 10, 2008__ at 2:30 p.m., and the parties will file a joint case management conference statement 7 days in advance of the re-scheduled Case Management Conference.

Dated: February _20_, 2008

_____
PHYLLIS J. HAMILTON
United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION TO EXTEND DATE OF CMC
C 07-6011 PJH