
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVTAR SINGH,<br>HARVINDER SIGNH,<br>GURJEET KAUR<br><br>    Plaintiffs,<br><br>    v.<br><br>ROSEMARY MELVILLE, Director Director United States Citizenship and Immigration Services; and EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services,<br><br>    Defendants. | No. C 07-6011 PJH<br><br>**REPLY**<br><br>Date:  March 19, 2008<br>Time:  9:00 a.m. |

## I. INTRODUCTION

The government hereby submits its reply to plaintiffs' opposition to the government's motion to dismiss for improper venue.

## II. DISCUSSION

In their opposition to the government's motion to dismiss, the plaintiffs do not dispute that their applications are pending with the USCIS office in Fresno, California. They argue, however, that venue is proper in this Court because 8 C.F.R. § 100.4(b)(13) provides that the San Francisco District Office has jurisdiction over Fresno County and because Rosemary Melville is the District Director for the San Francisco District of USCIS. This argument lacks merit.

REPLY
C 07-6011 PJH

On November 22, 2006, the Department of Homeland Security published a Notice in the Federal Register, notifying the public of changes to the United States Citizenship and Immigration Services' (USCIS) regional, district, and field office organizational structure. *See* 71 FR 67623-01, 2006 WL 3369581. A copy of the Notice is attached as Attachment A. A news release by USCIS explained: "Realigning our regional, district and field offices represents the continued progress USCIS is making to increase efficiency, to provide our customers with the timely service they deserve and to transform business and management systems to meet the immigration and citizenship challenges of the 21st century," remarked Director Gonazalez. A copy of USCIS' News Release is attached as Attachment B.

The Notice in the Federal Register makes it clear that the USCIS office in Fresno now lies within District 22, which is based in Sacramento, California, not in District 21, which is based in San Francisco, California. Because the plaintiffs' applications are pending in District 22, over which Rosemary Melville has no jurisdiction, venue of this action would be proper, if at all, in the Eastern District of California.

Accordingly, the defendants respectfully ask this Court to dismiss this action under Fed. R. Civ. P. 12(b)(3).[1]

Dated:  March 4, 2008                              JOSEPH P. RUSSONIELLO
                                                   United States Attorney

                                                    /s/
                                                   EDWARD A. OLSEN
                                                   Assistant United States Attorney

---

[1] The government is submitting a corrected copy of the declaration of Larry Crider because, in his declaration that was submitted on January 29, 2008, paragraph 7 inadvertently referred to 8 C.F.R. § 100.3 instead of 8 C.F.R. § 100.4.

REPLY
C 07-6011 PJH