# ATTACHMENT B



*Press Office*
U.S. Department of Homeland Security

U.S. Citizenship
and Immigration
Services

November 3, 2006

# News Release

## USCIS Announces Realignment of Regional, District and Field Offices
*New Plan to add Southeast Regional Office in Orlando and two new Districts in Sacramento and Tampa*

Washington, D.C. – U.S. Citizenship and Immigration Services (USCIS) Director Emilio Gonzalez today announced the realignment of the management structure of the Agency's regional, district, and field offices to better balance workload and personnel among USCIS field offices. This new plan will improve mission performance and customer service delivery. It does not affect the locations of or the services offered at local USCIS district offices.

Upon its establishment in 2003, USCIS inherited the legacy Immigration and Naturalization Service's (INS) domestic field office structure consisting of three regions and thirty-three districts. USCIS' workload and workforce distribution, however, varies greatly from that of legacy INS. Consequently, the continuation of the legacy INS field office structure resulted in one region having a workforce almost as large as the other two regions combined, and the largest districts having workforces up to 50 times larger than other districts.

"Realigning our regional, district and field offices represents the continued progress USCIS is making to increase efficiency, to provide our customers with the timely service they deserve and to transform business and management systems to meet the immigration and citizenship challenges of the 21st century," remarked Director Gonzalez.

As part of this realignment, USCIS will establish a new Southeast Regional office in Orlando, Florida. The placement of the regional office in Orlando will allow USCIS to balance the immigration and citizenship workload in this area of the country. This office will be responsible for managing all district and field offices in the southeast region of the United States.

USCIS is also creating two new management districts in Sacramento, California and Tampa, Florida. Under this new plan, the Sacramento district will join the Los Angeles, San Diego and San Francisco districts serving California. In Florida, the northern district will be based in Tampa while the southern district will be based in Miami. These additional district offices in California and Florida dramatically improve mission performance and customer service in these states.

– USCIS –

In March 1, 2003, USCIS became one of three legacy Immigration and Naturalization Service components to join the U.S. Department of Homeland Security. USCIS is charged with fundamentally transforming and improving the delivery of immigration and citizenship services, while enhancing our nation's security.

www.uscis.gov