JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AVTAR SINGH<br>HARVINDER SINGH<br>GURJEET KAUR<br>    Plaintiffs,<br><br>v.<br><br>EMILIO GONZALEZ, Director, United States<br>Citizenship and Immigration Services;<br>    Defendants. | No.: C 07-6011 PJH<br><br>**DECLARATION OF LARRY CRIDER** |

    I, LARRY CRIDER, DECLARE AS FOLLOWS:

1. I am the Chief of Staff for the United States Citizenship and Immigration Services (USCIS) San Francisco District.

2. In my capacity as Chief of Staff, I am the primary assistant to the District Director.

3. The territory within which officials of USCIS are located is divided into districts.

4. The San Francisco District, District 21, of USCIS has jurisdiction over the following counties in the state of California: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, Sonoma and Trinity.

5. The applications that are the subject of this lawsuit are pending in the Sacramento District, District 22.

6. My office has no jurisdiction over the plaintiff's applications.

7. The regulations at 8 C.F.R. § 100.4 are outdated as the districts have been realigned.

Dated: March 4, 2008               Respectfully submitted,

LARRY CRIDER
Chief of Staff
United States Citizenship and Immigration Services
San Francisco, California