JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:    jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVTAR SINGH, et al.,<br><br>     Plaintiff,<br><br>vs.<br><br>ROSEMARY MELVILLE,<br>District Director, United States Citizenship and Immigration Services, et al.<br><br>     Defendants.<br>_____/ | Case No. C 07-6011 PJH<br><br>DECLARATION OF JONATHAN M. KAUFMAN IN SUPPORT OF PLAINTIFFS' SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE<br><br>Date: March 12, 2008<br>Time: 9:00 a.m. |

I, JONATHAN M. KAUFMAN, do hereby declare:

I am attorney for plaintiffs in the above captioned action.

On this date I conferred with defendants' counsel, Edward Olsen, regarding plaintiffs' filing of a Surreply to defendants' Reply to plaintiffs' Opposition to defendants' Motion to Dismiss.

Attorney Olsen informed me that defendants do no oppose plaintiffs' filing of a Surreply.

I declare under penalty of perjury that the foregoing is true and correct and that this was executed on March 5, 2008 at San Francisco, California.

_____
JONATHAN M. KAUFMAN

1