JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVTAR SINGH, HARVINDER SIGNH, GURJEET KAUR,<br><br>Plaintiffs,<br><br>v.<br><br>EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services;<br><br>Defendants. | No. C 07-6011 PJH<br><br>**STIPULATION TO EXTEND THE HEARING DATE AND [~~PROPOSED~~] ORDER**<br><br>Date:   March 19, 2008<br>Time:   9:00 a.m. |

The plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the hearing in the above-entitled matter from March 12, 2008, at 9:00 a.m., to March 19, 2008, at 9:00 a.m., in light of the following:

1. The plaintiffs filed the above-entitled action on November 28, 2007.

2. The defendants filed a motion to dismiss for improper venue on January 29, 2008.

3. The plaintiffs filed an opposition to the defendants' motion to dismiss on February 1, 2008.

4. The defendants' reply was due on February 27, 2008, but the parties have agreed, subject to approval of the Court, to extend the deadline for defendants' reply to March 5, 2008.

5. A hearing on defendants' motion to dismiss is currently set for March 12, 2008, at 9:00 a.m.

MOTION TO DISMISS
C 07-6011 PJH

6. A case management conference is scheduled for April 10, 2008.

7. The parties respectfully request that this Court extend the hearing date on the defendants' motion to dismiss from March 12, 2008 at 9:00 a.m., to March 19, 2008 at 9:00 a.m., and thank the Court for its patience in this matter.

Dated: March 4, 2008                    JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                         /s/
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney

Dated: March 4, 2008                     /s/
                                        JONATHAN KAUFMAN
                                        Attorney for Plaintiffs

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the defendants shall have until March 5, 2008 to file their reply and that the hearing on defendants' motion to dismiss shall be extended from March 12, 2008, to March 19, 2008, at 9:00 a.m.

Dated:   March  5 , 2008                _____
                                        PHYLLIS J. HAMILTON
                                        United States District Judge



MOTION TO DISMISS
C 07-6011 PJH