JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail:   jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVTAR SINGH, et al., | Case No. C 07-6011 PJH |
| Plaintiff, | PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL L.R. 7-11 TO FILE SURREPLY AND ORDER [PROPOSED] |
| vs. | |
| ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services, et al. | Date: March 12, 2008<br>Time: 9:00 a.m. |
| Defendants. | |

Plaintiffs hereby move the Court for an order granting them leave to file a Surreply to Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion To Dismiss For Improper Venue. A copy of Plaintiffs' proposed submission is attached, marked as Exhibit A.

This motion for administrative relief is made pursuant to Civil L.R. 7-11. Defendants' counsel has informed plaintiffs' counsel that defendants do not oppose plaintiffs filing a Surreply. See Declaration of Jonathan M. Kaufman In Support Of Plaintiffs' Unopposed Motion For Administrative Relief Under Civil L.R. 7-11 To File Surreply.

Plaintiffs submit that they have good cause to file a Surreply to defendants' Reply. Defendants reply includes an amendment to the declaration previously filed in support of their motion, and new evidence.

1

Accordingly, plaintiffs respectfully request that they be permitted to file a Surreply to defendants' submission.

Dated: March 5, 2008

Respectfully submitted,

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiffs

ORDER

[PROPOSED]

Upon consideration of plaintiffs' unopposed motion for administrative relief made pursuant to Civil L.R. 7-11, and good cause shown, plaintiffs' unopposed motion for administrative relief made pursuant to Civil L.R. 7-11, IS HEREBY GRANTED.

IT IS SO ORDERED.

3/6/08

PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2

# EXHIBIT A

JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail: jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVTAR SINGH, et al., | Case No. C 07-6011 PJH |
| Plaintiff, | PLAINTIFFS' SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE |
| vs. | |
| ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services, et al. | Date: March 12, 2008<br>Time: 9:00 a.m. |
| Defendants. | |

## I. INTRODUCTION

Plaintiffs submit the following Surreply to defendant's Reply to Plaintiff's Opposition to Defendants' Motion To Dismiss For Improper Venue.

## II. VENUE IS PROPER IN THE NORTHERN DISTRICT OF CALIFORNIA AND DEFENDANTS' MOTION SHOULD BE DENIED

Defendants contend that a Federal Register Notice published by the Department of Homeland on November 22, 2006 places the Fresno, California USCIS office outside of the jurisdiction of defendant Rosemary Melville, District Director of the USCIS San Francisco, California district office. Def's Reply, Pg. 2. Defendants, the parties challenging venue, bear the burden of proving that venue is not proper in the Northern District of California. *Myers v American Dental Ass'n*, 695

1

F.2d 716 (3rd Cir. 1982). Defendants have failed to meet their burden of proof.

Defendants have not offered evidence to show that 8 C.F.R. Section 100.4(b)(13) (2007) has been repealed. As a matter of law, the Court should find that the USCIS San Francisco District Office exercises jurisdiction over plaintiff's applications.

The Federal Register Notice relied upon by defendants does not reference 8 C.F.R. Section 100.4(b)(13). It cannot possibly be construed as a "rule" repealing 8 C.F.R. Section 100.4(b)(13).

The Federal Register Notice is not a "substantive rule" because it is not an agency "rule" promulgated in accordance with the notice and comment rule making procedures of the Administrative Procedures Act . 5 U.S.C. § 553. The Federal Register Notice is an "interpretative rule" because it is a rule of agency organization. 5 U.S.C. § 553(b). It is well settled that only "substantive rules" have the "force and effect of law". *Chrysler Corp. V Brown, Secretary of Defense*, et al., 411 U.S. 281, 301-302 (1979); *Stoddard Lumber Company, Inc. v Marshall*, 627 F.2d 984, 986-987 (9th Cir. 1980).

The Federal Register Notice relied upon by defendants is akin to an agency operating instruction. As observed in plaintiffs' opposition, operating instructions, unlike a properly promulgated regulation, do not have the force of law. *Flores v Bowen*, 790 F.2d 740, 742 (9th Cir. 1986).

8 C.F.R. § 100.4(b)(13) is a valid regulation. As a matter of law, and notwithstanding the Federal Register Notice, the Court must find that defendant Rosemary Melville remains the USCIS official charged with legal responsibility for the adjudication of plaintiffs' applications because that is what the Code of Federal Regulations dictates.

2

## III. CONCLUSION

For all of the foregoing reasons plaintiffs respectfully submit that defendants' motion to dismiss should be denied.

Dated: March 5, 2008

Respectfully submitted,

JONATHAN M. KAUFMAN
Attorney for Plaintiffs

3