JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:    jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVTAR SINGH, et al., | Case No. C 07-6011 PJH |
| Plaintiff, | PLAINTIFFS' SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE |
| vs. | |
| ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services, et al. | Date: March 12, 2008<br>Time: 9:00 a.m. |
| Defendants. | |

## I. INTRODUCTION

Plaintiffs submit the following Surreply to defendant's Reply to Plaintiff's Opposition to Defendants' Motion To Dismiss For Improper Venue.

## II. VENUE IS PROPER IN THE NORTHERN DISTRICT OF CALIFORNIA AND DEFENDANTS' MOTION SHOULD BE DENIED

Defendants contend that a Federal Register Notice published by the Department of Homeland on November 22, 2006 places the Fresno, California USCIS office outside of the jurisdiction of defendant Rosemary Melville, District Director of the USCIS San Francisco, California district office. Def's Reply, Pg. 2. Defendants, the parties challenging venue, bear the burden of proving that venue is not proper in the Northern District of California. *Myers v American Dental Ass'n*, 695

1

1   F.2d 716 (3rd Cir. 1982). Defendants have failed to meet their burden of proof.

2   Defendants have not offered evidence to show that 8 C.F.R. Section 100.4(b)(13) (2007) has
3   been repealed. As a matter of law, the Court should find that the USCIS San Francisco District
4   Office exercises jurisdiction over plaintiff's applications.

5   The Federal Register Notice relied upon by defendants does not reference 8 C.F.R. Section
6   100.4(b)(13). It cannot possibly be construed as a "rule" repealing 8 C.F.R. Section 100.4(b)(13).

7   The Federal Register Notice is not a "substantive rule" because it is not an agency "rule"
8   promulgated in accordance with the notice and comment rule making procedures of the
9   Administrative Procedures Act . 5 U.S.C. § 553. The Federal Register Notice is an "interpretative
10  rule" because it is a rule of agency organization.  5 U.S.C. § 553(b). It is well settled that only
11  "substantive rules" have the "force and effect of law". *Chrysler Corp. V Brown, Secretary of
12  Defense*, et al., 411 U.S. 281, 301-302 (1979); *Stoddard Lumber Company, Inc. v Marshall*, 627 F.2d
13  984, 986-987 (9th Cir. 1980).

14  The Federal Register Notice relied upon by defendants is akin to an agency operating
15  instruction. As observed in plaintiffs' opposition, operating instructions, unlike a properly
16  promulgated regulation, do not have the force of law. *Flores v Bowen*, 790 F.2d 740, 742 (9th Cir.
17  1986).

18  8 C.F.R. § 100.4(b)(13) is a valid regulation. As a matter of law, and notwithstanding the
19  Federal Register Notice, the Court must find that defendant Rosemary Melville remains the USCIS
20  official charged with legal responsibility for the adjudication of plaintiffs' applications because that
21  is what the Code of Federal Regulations dictates.

22
23
24
25
26
27
28                                             2

### III. CONCLUSION

For all of the foregoing reasons plaintiffs respectfully submit that defendants' motion to dismiss should be denied.

Dated: March 5, 2008

Respectfully submitted,

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiffs

3