UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: March 19, 2008 　　　　　　　　　　　　　　JUDGE: Phyllis J. Hamilton

Case No: C-07-6011 PJH

Case Name: Avtar Singh et al. v. Emilio T. Gonzalez, et al.

Attorney(s) for Plaintiff:　　Jonathan M. Kaufman
Attorney(s) for Defendant:　　Edward A. Olsen

**Deputy Clerk**: Nichole Heuerman 　　　　　　**Court Reporter**: Jim Yeomans

PROCEEDINGS

　　Defendants' Motion to Dismiss-Held.  Defendants' motion is denied as stated on the record.  The case will be transferred to the Eastern District of California for adjudication.

**Order to be prepared by:**　[] Pl [] Def  [x]  Court

**Notes:**

**cc:** file