# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Avtar Singh, Harvinder Singh, Gurjeet Kaur

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Emilio T. Gonzalez, Director, Rosemary Melville, District Director, U.S. Citizenship and Immigration Services

C 07 6011

JCS

TO: (Name and address of defendant)

Emilio T. Gonzalez, Director, U.S. Citizenship and Immigration Services
425 i Street
Washington, D.C. 20536
Rosemary Melville, District Direcotr, U.S. Citizenship and Immigration Services
630 Sansome Street
San Francisco, CA 94111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan M. Kaufman, Esq.
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE Nov 2 8 2007

MARY ANN BUCKLEY

(BY) DEPUTY CLERK