ADRMOP, CLOSED, E-Filing

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:07-cv-06011-PJH
# Internal Use Only

| | |
|---|---|
| Singh et al v. Melville et al | Date Filed: 11/28/2007 |
| Assigned to: Hon. Phyllis J. Hamilton | Date Terminated: 03/21/2008 |
| Cause: 28:1331 Fed. Question | Jury Demand: None |
| | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Avtar Singh**     represented by     **Jonathan Myles Kaufman**
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street
Suite 976
San Francisco, CA 94104
(415) 956-4765
Fax: (415) 956-1664
Email: jonathan-kaufman@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harvinder Singh**     represented by     **Jonathan Myles Kaufman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gurjeet Kaur**     represented by     **Jonathan Myles Kaufman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Rosemary Melville**     represented by     **Edward A. Olsen**
*District Director, United States Citizenship*     United States Attorney's Office
*and Immigration Services*     450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

415-436-6915
Fax: 415-436-6927
Email: edward.olsen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Emilio T. Gonzalez**
*Director, United States Citizenship and Immigration Services*

represented by **Edward A. Olsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/28/2007 | 1 | COMPLAINT for Declaratory Judgment and Injunction against Rosemary Melville, Emilio T. Gonzalez (Filing fee $ 350.00, receipt number 34611012883). Filed by Avtar Singh, Harvinder Singh, Gurjeet Kaur. (gba, COURT STAFF) (Filed on 11/28/2007) Additional attachment(s) added on 11/29/2007 (gba, COURT STAFF). (Additional attachment(s) added on 3/24/2008: # 1 Civil Cover Sheet, # 2 Receipt) (far, COURT STAFF). (Entered: 11/28/2007) |
| 11/28/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/22/2008. Case Management Conference set for 2/29/2008 01:30 PM. (Attachments: # 1 CMC Standing Order# 2 JCS Standing Order# 3 New Standing Order)(gba, COURT STAFF) (Filed on 11/28/2007) (Entered: 11/28/2007) |
| 11/28/2007 | 24 | Summons Issued as to Rosemary Melville, Emilio T. Gonzalez. (gba, COURT STAFF) (Filed on 11/28/2007) (far, COURT STAFF). (Entered: 11/28/2007) |
| 11/28/2007 |  | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 11/28/2007) (Entered: 11/28/2007) |
| 11/29/2007 | 3 | Declination to Proceed Before a U.S. Magistrate Judge by Avtar Singh, Harvinder Singh, Gurjeet Kaur. (Kaufman, Jonathan) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 11/29/2007 | 4 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klh, COURT STAFF) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 11/30/2007 | 5 | ORDER REASSIGNING CASE. Case reassigned to Judge Phyllis J. Hamilton for all further proceedings. Judge Joseph C. Spero no longer assigned to the case. Signed by Executive Committee on 11/30/07. (ha, COURT STAFF) (Filed on 11/30/2007) (Entered: 11/30/2007) |
| 12/04/2007 | 6 | ORDER SETTING CASE MANAGEMENT CONFERENCE. Initial Case Management Conference set for 3/6/2008 02:30 PM. Signed by Judge Phyllis J. Hamilton on 12/4/07. (nah, COURT STAFF) (Filed on 12/4/2007) (Entered: 12/04/2007) |
| 12/05/2007 | 7 | CERTIFICATE OF SERVICE by Avtar Singh, Harvinder Singh, Gurjeet Kaur re 1 Complaint, Summons Issued (Kaufman, Jonathan) (Filed on 12/5/2007) (Entered: 12/05/2007) |
| 12/05/2007 | 8 | CERTIFICATE OF SERVICE by Avtar Singh, Harvinder Singh, Gurjeet Kaur re 2 |

|  |  |  |
|---|---|---|
|  |  | ADR Scheduling Order, Case Referred to ECF, 3 Declination to Proceed Before a U.S. Magistrate Judge (Kaufman, Jonathan) (Filed on 12/5/2007) (Entered: 12/05/2007) |
| 12/05/2007 | 9 | CERTIFICATE OF SERVICE by Avtar Singh, Harvinder Singh, Gurjeet Kaur re 6 Order, Set Deadlines/Hearings (Kaufman, Jonathan) (Filed on 12/5/2007) (Entered: 12/05/2007) |
| 01/29/2008 | 10 | NOTICE OF MOTION AND MOTION TO DISMISS filed by Rosemary Melville, Emilio T. Gonzalez. Motion Hearing set for 3/12/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Attachments: # 1 Affidavit)(Olsen, Edward) (Filed on 1/29/2008) Modified on 1/30/2008 (far, COURT STAFF). (Entered: 01/29/2008) |
| 02/01/2008 | 11 | OPPOSITION to 10 Defendants' Motion To Dismiss For Improper Venue filed by Avtar Singh, Harvinder Singh, Gurjeet Kaur. (Kaufman, Jonathan) (Filed on 2/1/2008) Modified on 2/4/2008 (far, COURT STAFF). (Entered: 02/01/2008) |
| 02/20/2008 | 12 | STIPULATION *to Continue Case Management Conference; and Proposed Order* by Rosemary Melville, Emilio T. Gonzalez. (Olsen, Edward) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/20/2008 | 13 | STIPULATION AND ORDER TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE re 12 Stipulation filed by Rosemary Melville, Emilio T. Gonzalez. Signed by Judge Phyllis J. Hamilton on 2/20/08. (nah, COURT STAFF) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/20/2008 |  | Set Deadlines/Hearings: Case Management Statement due by 4/3/2008. Case Management Conference set for 4/10/2008 02:30 PM. (nah, COURT STAFF) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 03/04/2008 | 14 | STIPULATION *to Extend Hearing Date; and Proposed Order* by Rosemary Melville, Emilio T. Gonzalez. (Olsen, Edward) (Filed on 3/4/2008) (Entered: 03/04/2008) |
| 03/04/2008 | 15 | Reply Memorandum *with Attachments A and B* filed byRosemary Melville, Emilio T. Gonzalez. (Attachments: # 1 Exhibit, # 2 Exhibit)(Olsen, Edward) (Filed on 3/4/2008) (Entered: 03/04/2008) |
| 03/04/2008 | 16 | Declaration of Larry Crider *(Corrected)* filed byRosemary Melville, Emilio T. Gonzalez. (Olsen, Edward) (Filed on 3/4/2008) (Entered: 03/04/2008) |
| 03/05/2008 | 17 | MOTION Plaintiffs' Unopposed Motion For Administrative Relief Under Civil L.R. 7-11 To File Surreply And Order [Proposed] filed by Avtar Singh, Harvinder Singh, Gurjeet Kaur. (Kaufman, Jonathan) (Filed on 3/5/2008) (Entered: 03/05/2008) |
| 03/05/2008 | 18 | Declaration of Jonathan M. Kaufman in Support of 17 MOTION Plaintiffs' Unopposed Motion For Administrative Relief Under Civil L.R. 7-11 To File Surreply And Order [Proposed] filed byAvtar Singh, Harvinder Singh, Gurjeet Kaur. (Related document(s) 17 ) (Kaufman, Jonathan) (Filed on 3/5/2008) (Entered: 03/05/2008) |
| 03/05/2008 | 19 | STIPULATION AND ORDER TO EXTEND THE HEARING DATE re 14 Stipulation filed by Rosemary Melville, Emilio T. Gonzalez Defendants' Motion to Dismiss set for 3/19/2008 09:00 AM. Signed by Judge Phyllis J. Hamilton on 3/5/08. (nah, COURT STAFF) (Filed on 3/5/2008) (Entered: 03/05/2008) |
| 03/06/2008 | 20 | ORDER GRANTING REQUEST TO FILE A SURREPLY by Judge Phyllis J. |

| | | |
|---|---|---|
| | | Hamilton granting 17 Motion for Administrative Relief. (nah, COURT STAFF) (Filed on 3/6/2008) (Entered: 03/06/2008) |
| 03/06/2008 | 21 | SURREPLY to 15 Defendants' Reply to Plaintiffs' Opposition To Defendants' Motion To Dismiss For Improper Venue filed by Avtar Singh, Harvinder Singh, Gurjeet Kaur. (Kaufman, Jonathan) (Filed on 3/6/2008) Modified on 3/6/2008 (far, COURT STAFF). (Entered: 03/06/2008) |
| 03/19/2008 | 22 | Minute Entry: Motion Hearing held on 3/19/2008 before Phyllis J. Hamilton re 10 MOTION to Dismiss filed by Rosemary Melville, Emilio T. Gonzalez. (Court Reporter Jim Yeomans (415) 863-5179) (nah, COURT STAFF) (Date Filed: 3/19/2008) Modified on 3/19/2008 (far, COURT STAFF). (Entered: 03/19/2008) |
| 03/21/2008 | 23 | ORDER by Judge Hamilton denying 10 Motion to Dismiss; and transferring case to Eastern District of California (pjhlc1, COURT STAFF) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/21/2008 | | (Court only) ***Civil Case Terminated. (far, COURT STAFF) (Filed on 3/21/2008) (Entered: 03/24/2008) |
| 03/24/2008 | 25 | CLERK'S LETTER to the USDC Eastern District of California re transfer of case. (far, COURT STAFF) (Filed on 3/24/2008) (Entered: 03/24/2008) |